IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGGIE LEE DUNCAN, #216781,      )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     CASE NO. 2:18-CV-390-WHA
                                 )
LT. WALKER, et al.,              )
                                 )
          Defendants.            )

## ORDER

On May 10, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 31st day of May, 2018.

      /s/  W. Harold Albritton
      SENIOR UNITED STATES DISTRICT JUDGE